**Exhibit A**

Table of Last-Observed Infringements by Defendants of TT Boy Productions's Copyright in the Motion Picture "Horny Black Mothers & Daughters #8," Copyright Reg. No. PA0001728772

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.33.68.45 | 2011-11-09 00:59:53 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 2 | 108.9.0.246 | 2011-11-13 19:37:10 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 3 | 108.9.246.140 | 2011-10-25 09:06:11 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 4 | 108.9.36.74 | 2011-11-06 00:59:41 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 5 | 108.9.86.222 | 2011-11-06 08:10:12 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 6 | 173.133.97.57 | 2011-10-26 06:40:13 -0400 | Sprint PCS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 7 | 173.168.196.60 | 2011-12-06 16:06:57 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 8 | 173.170.156.77 | 2011-10-30 18:48:29 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 9 | 173.171.137.160 | 2011-11-15 09:07:25 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 10 | 173.171.199.221 | 2011-12-09 23:30:13 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 11 | 173.171.221.233 | 2011-11-06 15:01:34 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 12 | 173.19.8.97 | 2011-10-30 21:07:25 -0400 | MEDIACOM COMMUNICATIONS CORP | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 13 | 173.26.54.1 | 2011-11-15 13:02:54 -0500 | MEDIACOM COMMUNICATIONS CORP | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 14 | 173.65.202.164 | 2011-11-04 02:19:18 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 15 | 173.65.202.247 | 2011-11-10 14:27:56 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 16 | 173.65.25.61 | 2011-11-27 23:22:23 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 17 | 173.78.103.199 | 2011-11-26 23:28:03 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 18 | 173.78.103.219 | 2011-11-13 20:11:03 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 19 | 173.78.103.240 | 2011-10-25 22:30:40 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 20 | 173.78.14.223 | 2011-11-28 15:11:04 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 21 | 173.78.204.182 | 2011-10-28 13:10:16 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 22 | 173.78.87.124 | 2011-11-30 18:17:52 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 23 | 173.78.90.18 | 2011-11-26 09:17:15 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 24 | 173.78.94.217 | 2011-11-19 15:10:37 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 25 | 173.78.97.113 | 2011-11-28 20:50:48 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 26 | 174.48.131.67 | 2011-10-23 20:52:02 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 27 | 184.247.210.120 | 2011-12-05 14:39:06 -0500 | Sprint PCS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |

| Doe 28 | 184.88.70.31    | 2011-12-10 20:32:00 -0500 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 29 | 184.91.171.165  | 2011-11-20 00:01:10 -0500 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 30 | 24.127.246.253  | 2011-10-28 18:42:19 -0400 | Comcast Cable            | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 31 | 24.160.119.16   | 2011-11-17 00:59:49 -0500 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 32 | 24.227.39.102   | 2011-12-05 19:32:16 -0500 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 33 | 24.250.209.33   | 2011-11-18 21:49:58 -0500 | COX COMMUNICATIONS       | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 34 | 24.26.52.62     | 2011-11-16 00:46:06 -0500 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 35 | 24.73.236.218   | 2011-10-26 10:53:43 -0400 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 36 | 65.32.85.162    | 2011-12-01 18:33:13 -0500 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 37 | 65.33.174.104   | 2011-10-26 00:14:43 -0400 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 38 | 65.33.83.245    | 2011-11-28 09:14:37 -0500 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 39 | 65.34.178.128   | 2011-10-16 10:22:50 -0400 | Comcast Cable            | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 40 | 65.34.187.116   | 2011-10-18 16:48:37 -0400 | Comcast Cable            | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 41 | 66.176.50.11    | 2011-10-28 23:45:25 -0400 | Comcast Cable            | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 42 | 66.177.128.74   | 2011-10-20 16:56:07 -0400 | Comcast Cable            | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 43 | 66.177.199.202  | 2011-10-15 08:09:58 -0400 | Comcast Cable            | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 44 | 66.177.65.73    | 2011-10-19 05:09:15 -0400 | Comcast Cable            | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 45 | 67.191.71.185   | 2011-10-20 08:57:01 -0400 | Comcast Cable            | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 46 | 67.8.212.144    | 2011-11-23 14:52:39 -0500 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 47 | 67.8.214.11     | 2011-12-09 03:14:15 -0500 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 48 | 68.1.119.174    | 2011-12-13 03:05:05 -0500 | COX COMMUNICATIONS       | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 49 | 68.106.142.204  | 2011-12-01 15:11:26 -0500 | COX COMMUNICATIONS       | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 50 | 68.200.178.240  | 2011-12-08 16:10:58 -0500 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 51 | 68.200.249.44   | 2011-12-03 03:13:14 -0500 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 52 | 68.200.46.58    | 2011-12-10 21:10:43 -0500 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 53 | 68.205.171.88   | 2011-10-19 05:12:06 -0400 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 54 | 68.207.249.8    | 2011-12-06 03:05:45 -0500 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 55 | 68.59.105.92    | 2011-10-28 13:02:55 -0400 | Comcast Cable            | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 56 | 70.110.79.110   | 2011-10-24 14:04:53 -0400 | Verizon Internet Services| BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 57 | 70.119.186.195  | 2011-10-16 11:08:58 -0400 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 58 | 70.119.216.143  | 2011-12-10 13:18:44 -0500 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 59 | 70.119.27.73    | 2011-11-26 20:34:14 -0500 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 60 | 70.119.34.252   | 2011-11-23 00:17:42 -0500 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 61 | 70.126.58.128   | 2011-10-25 14:03:10 -0400 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 62 | 70.126.77.177   | 2011-10-15 02:14:54 -0400 | Road Runner              | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 63 | 70.188.238.6    | 2011-10-18 11:01:55 -0400 | COX COMMUNICATIONS       | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |

| Doe 64 | 71.100.156.150 | 2011-10-22 03:07:09 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 65 | 71.180.167.91 | 2011-10-30 07:07:22 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 66 | 71.196.20.64 | 2011-10-26 02:21:20 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 67 | 71.199.248.42 | 2011-10-15 09:05:23 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 68 | 71.200.239.129 | 2011-10-27 11:12:38 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 69 | 71.57.130.89 | 2011-10-15 23:45:41 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 70 | 71.99.49.57 | 2011-12-13 17:13:43 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 71 | 72.184.101.168 | 2011-10-28 11:04:54 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 72 | 72.184.147.141 | 2011-11-21 15:49:47 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 73 | 72.184.164.44 | 2011-12-09 22:12:29 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 74 | 72.185.167.34 | 2011-10-28 17:48:05 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 75 | 72.185.223.213 | 2011-12-03 21:13:40 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 76 | 72.186.199.81 | 2011-12-03 14:49:53 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 77 | 72.188.216.61 | 2011-11-26 15:05:02 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 78 | 72.189.168.101 | 2011-10-21 03:07:39 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 79 | 72.205.209.195 | 2011-11-25 08:57:00 -0500 | COX COMMUNICATIONS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 80 | 72.216.40.250 | 2011-10-20 20:13:54 -0400 | COX COMMUNICATIONS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 81 | 72.216.42.96 | 2011-10-29 19:40:24 -0400 | COX COMMUNICATIONS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 82 | 72.216.62.67 | 2011-12-10 00:59:56 -0500 | COX COMMUNICATIONS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 83 | 72.64.190.197 | 2011-10-30 12:23:51 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 84 | 72.91.179.213 | 2011-10-22 14:10:53 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 85 | 72.91.196.250 | 2011-11-26 11:44:27 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 86 | 75.74.107.116 | 2011-10-27 13:33:36 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 87 | 75.88.122.85 | 2011-10-25 23:14:33 -0400 | WINDSTREAM COMMUNICATIONS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 88 | 75.89.26.33 | 2011-10-24 00:37:49 -0400 | WINDSTREAM COMMUNICATIONS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 89 | 76.106.186.91 | 2011-10-20 14:37:30 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 90 | 76.106.252.133 | 2011-10-21 18:30:38 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 91 | 76.108.211.157 | 2011-10-28 23:44:53 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 92 | 76.108.77.26 | 2011-10-20 21:07:25 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 93 | 76.109.89.202 | 2011-10-19 09:10:51 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 94 | 76.109.93.111 | 2011-10-17 01:00:39 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 95 | 96.228.230.181 | 2011-10-27 12:38:01 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 96 | 96.243.150.131 | 2011-11-26 17:02:12 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 97 | 96.243.165.134 | 2011-11-17 15:07:14 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 98 | 96.243.239.131 | 2011-11-30 02:19:45 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 99 | 96.252.154.208 | 2011-12-08 15:11:02 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |

| Doe 100 | 96.252.155.213 | 2011-10-15 14:25:06 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 101 | 96.254.101.208 | 2011-11-14 07:55:47 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 102 | 96.254.121.193 | 2011-11-28 16:38:51 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 103 | 96.254.124.227 | 2011-12-03 12:17:56 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 104 | 96.254.42.182 | 2011-11-06 14:23:15 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 105 | 97.100.211.138 | 2011-11-22 21:00:51 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 106 | 97.101.152.170 | 2011-11-06 20:32:33 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 107 | 97.102.64.248 | 2011-11-05 22:09:07 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 108 | 97.103.192.96 | 2011-11-28 13:35:49 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 109 | 97.104.17.52 | 2011-11-13 00:58:19 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 110 | 97.104.226.158 | 2011-12-04 19:54:15 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 111 | 97.76.136.79 | 2011-11-22 21:04:35 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 112 | 97.78.141.240 | 2011-11-17 09:35:45 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 113 | 97.97.63.89 | 2011-10-27 07:02:58 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 114 | 98.180.13.31 | 2011-11-12 15:07:14 -0500 | COX COMMUNICATIONS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 115 | 98.180.15.175 | 2011-11-07 19:17:45 -0500 | COX COMMUNICATIONS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 116 | 98.180.76.168 | 2011-11-03 23:39:09 -0400 | COX COMMUNICATIONS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 117 | 98.188.249.144 | 2011-10-17 05:11:55 -0400 | COX COMMUNICATIONS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 118 | 98.188.251.239 | 2011-10-24 21:07:25 -0400 | COX COMMUNICATIONS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 119 | 98.224.51.178 | 2011-10-24 08:29:46 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 120 | 98.224.57.213 | 2011-10-29 00:59:37 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 121 | 98.231.49.99 | 2011-10-24 07:51:06 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 122 | 98.244.222.80 | 2011-10-23 03:07:13 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 123 | 98.244.225.145 | 2011-10-24 21:07:25 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 124 | 98.254.10.12 | 2011-10-23 21:06:02 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 125 | 98.254.245.55 | 2011-10-26 09:49:17 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 126 | 98.254.75.182 | 2011-10-20 18:43:17 -0400 | Comcast Cable | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |